**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EDWARD GREEN**                                    **CIVIL ACTION**

**VERSUS**                                          **NO.  15-1738**

**MARLIN N. GUSMAN, ET AL**                         **SECTION: "B"(4)**

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Green's § 1983 claims against the defendants, Sheriff Gusman, Mr. Carlos J. Louque, Ms. Bonita Pittman and Orleans Parish are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 25th day of May, 2016.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**